| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Janabi Associates, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
01-0795131

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 10250 Baltimore Avenue<br>Suite 200<br>College Park, MD 20740 | P.O. Box 34977<br>Bethesda, MD 20827 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor   **Janabi Associates, Inc.**                                    Case number (*if known*)
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| District | **District of Maryland in Greenbelt** | When | **8/21/13** | Case number | **13-24323** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **Janabi Associates, Inc.**                                    Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other

   **Where is the property?** _____
        Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Janabi Associates, Inc.**
      Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 4, 2019**
              MM / DD / YYYY

X **/s/ Haifa A. Shaban, M.D.**
   Signature of authorized representative of debtor

**Haifa A. Shaban, M.D.**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ James M. Greenan (jgreenan@mhlawyers.com)**
Signature of attorney for debtor

Date **May 4, 2019**
     MM / DD / YYYY

**James M. Greenan (jgreenan@mhlawyers.com)**
Printed name

**McNamee Hosea**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone **(301) 441-2420**  Email address

**08623 MD**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Janabi Associates, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $306,384.51 |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $177,911.35 |
| Prince George's County, Maryland P.O. Box 17578 Baltimore, MD 21297-1578 | | Taxes | | | | $173,965.00 |
| College Park Roadside II, LLC P.O. Box 220274 Chantilly, VA 20153-0274 | | Landlord Lease Anticipated to be Rejected | | | | $111,387.00 |
| Potomac Festival, LLC P.O. Box 310339 Des Moines, IA 50331-0339 | | Landlord Lease Anticipated to be Rejected | | | | $111,196.80 |
| Montgomery County, Maryland P.O. Box 824860 Philadelphia, PA 19182-4869 | | Taxes | | | | $41,446.64 |

Debtor  **Janabi Associates, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Banc of America Leasing** 2056 Northlake Parkway, 3N Tucker, GA 30084 | | **Unsecured Amounts from Equipment Loan** | | | | $40,875.84 |
| **Montgomery County, Maryland** P.O. Box 824860 Philadelphia, PA 19182-4869 | | **Taxes** | | | | $39,641.38 |
| **Maryland Comptroller of Treasury Revenue Administration Division Taxpayer Service Section** 110 Carroll St. Annapolis, MD 21411 | | **Taxes** | | | | $38,894.00 |
| **Comptroller of Maryland Compliance Division** 301 West Preston Street, Room 409 Baltimore, MD 21201 | | **Taxes** | | | | $38,894.00 |
| **Banc of America Leasing** 2056 Northlake Parkway, 3N Tucker, GA 30084 | | **Unsecured Amounts from Equipment Loan** | | | | $36,000.00 |
| **Maryland Unemployment Insurance Fund Office of Unemployment Ins.** 1100 N. Eutaw St., Rm. 401 Baltimore, MD 21201 | | **Unemployment Taxes** | | | | $34,959.87 |
| **Congressional Village Associates, LLC** 6290 Montrose Rd. Rockville, MD 20852 | | **Landlord Lease Anticipated to be Rejected** | | | | $33,301.00 |
| **Montgomery County, Maryland** P.O. Box 824860 Philadelphia, PA 19182-4869 | | **Taxes** | | | | $30,809.48 |

Debtor  **Janabi Associates, Inc.**            Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Virginia Department of Taxation**<br>P.O. Box 27264<br>Richmond, VA 23261-7200 | | **Taxes** | | | | $30,012.00 |
| **Maryland Unemployment Insurance Fund**<br>Office of Unemployment Insurance<br>P.O. Box 17291<br>Baltimore, MD 21297-0365 | | **Unemployment Taxes** | | | | $26,800.00 |
| **Wells Fargo Equipment Manufacturer Services Group**<br>300 Tri-State International, Ste. 400<br>Lincolnshire, IL 60069 | | **Equipment Loan** | | $25,189.44 | $0.00 | $25,189.44 |
| **Worldgate Centre Owner**<br>c/o The Rappaport Companies<br>8405 Greenboro Dr., 8th Floor<br>Mc Lean, VA 22102 | | **Landlord** | | | | $25,124.88 |
| **Direct Capital Corporation**<br>155 Commerce Way<br>Portsmouth, NH 03801 | | **Equipment Loan** | | $23,426.16 | $0.00 | $23,426.16 |
| **Montgomery County, Maryland**<br>P.O. Box 824860<br>Philadelphia, PA 19182-4869 | | **Taxes** | | | | $23,311.88 |

AEL Financial, LLC
600 N. Buffalo Grove Rd., Ste. 203
Buffalo Grove, IL 60089


AEL Financial, LLC
Attn: Cindi Mattson, Collections
600 N. Buffalo Grove Rd., Ste. 203
Buffalo Grove, IL 60089


Appearances Window Cleaning
P.O. Box 4488
Midlothian, VA 23112


AT&T
P.O. Box 105068
Atlanta, GA 30348-5068


Balboa Capital Corporation
Attn: Legal Department
575 Anton Blvd., 12th Fl.
Costa Mesa, CA 92626


Baltimore County Maryland
P.O. Box 64076
Baltimore, MD 21264-4079


Banc of America Leasing
2056 Northlake Parkway, 3N
Tucker, GA 30084


Barry Dunn & Associates, P.C.
715 Timber Branch Dr.
Alexandria, VA 22302


Beckman Coulter, Inc.
Dept. CH 10164
Palatine, IL 60055-0164

Capital One, N.A.
c/o John Edmonston, Jr.
Special Assets Department
P.O. Box 3597
Baton Rouge, LA 70821


Capital One N.A.
Special Assets Officer
301 Main St., 18th Fl.
Baton Rouge, LA 70801


Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017


CBS Outdoor
5353 North 16th St., Ste. 315
Phoenix, AZ 85016


CIT Technology Financial
965 Keynote Circle
Independence, OH 44131


City of College Park
4500 Knox Road
College Park, MD 20740


CMI Lighting of Southern Virginia, Inc.
8193-B Euclid Court
Manassas, VA 20111


College Park Roadside II, LLC
P.O. Box 220274
Chantilly, VA 20153-0274


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Congressional Village Associates, LLC
6290 Montrose Rd.
Rockville, MD 20852


Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


DeLage Landen Financial
P.O. Box 41602
Philadelphia, PA 19101-1602


Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801


District of Columbia
Office of Tax and Revenue
P.O. Box 96385
Washington, DC 20090-6385


Eagle Bank
11961 Tech Rd., Lower Level
Silver Spring, MD 20904


Energy Management System
Accts. Receivable Dept. 1680
P.O. Box 646
Exton, PA 19341


Fairfax County Virginia
Department of Tax Revenue
Revenue Collection Division
P.O. Box 1020

First Freedom Bank
1620 West Main St.
Lebanon, TN 37087


Hearst Television
c/o Greg Frost
300 West 57th St., 39th Fl.
New York, NY 10019


Hubbard Radio WTOP
Baylinson Kudysh, Greenberg, Helt, LLC
303 S. Main St., Lower Level
Mount Airy, MD 21771


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Key Equipment
P.O. Box 74713
Cleveland, OH 44194-0696


Key Equipment
P.O. Box 74713
Cleveland, OH 44194-0796


Knoble, Inc.
7638 Airpark Rd., Suite A
Gaithersburg, MD 20879


Lease Consultants Corp.
P.O. Box 71397
Clive, IA 50325-0397


Lisa Tancredi, Esq.
One South Street
Suite 2200
Baltimore, MD 21202

Marlin Business Bank
Attn:  Bankruptcy Dept.
300 Fellowship Rd.
Mount Laurel, NJ 08054


Maryland Comptroller of Treasury
Revenue Administration Division
Taxpayer Service Section
110 Carroll St.
Annapolis, MD 21411


Maryland Unemployment Insurance Fund
Office of Unemployment Ins.
1100 N. Eutaw St., Rm.  401
Baltimore, MD 21201


Maryland Unemployment Insurance Fund
Office of Unemployment Insurance
P.O. Box 17291
Baltimore, MD 21297-0365


McCandish Holton, P.C.
1111 East Main St., Suite 1500
P.O. Box 796
Richmond, VA 23218


Merchant Cash and Capital LLC
c/o Pryor & Mandelup, L.P.
675 Old Country Rd.
Westbury, NY 11590


Meyers Rodbell & Rosenbaum
6801 Kenilworth Avenue
Suite 400
Riverdale, MD 20737


Miles & Stockbridge, P.C.
100 Light St.
Baltimore, MD 21202

Montgomery County, Maryland
P.O. Box 824860
Philadelphia, PA 19182-4869


Montgomery County, Maryland
Department of Finance
255 Rockville Pike,L-15
Rockville, MD 20850


Northern Virginia Electric Cooperative
P.O. Box 34795
Alexandria, VA 22334-0795


Over, Kaler, Grimes & Shriver
100 Light St., 19th. Fl.
Baltimore, MD 21202


Paul Zambrotta
320 Parsons Dr.
Apt. 408
Charlottesville, VA 22901


Pepco
P.O. Box 13608
Philadelphia, PA 19101


PNC Equipment Finance
2499 Rice St., Ste. 245
Saint Paul, MN 55113


Potomac Festival, LLC
P.O. Box 310339
Des Moines, IA 50331-0339


Powers Pyles Sutter
1501 M Street NW, 7th Floor
Washington, DC 20005-1700

```
Prince George's County, Maryland
P.O. Box 17578
Baltimore, MD 21297-1578


Prince William County
Tax Administration Division
P.O. Box 2467
Woodbridge, VA 22195-2467


Royal Bank of America
550 Township Line Rd., Ste 425
Blue Bell, PA 19422


Sandtander Bank
c/o Weinstock, Friedman & Friedman, PA
Attn:  Lea Ramsey
10461 Mill Run Circle, Ste. 550
Owings Mills, MD 21117


The Washingtonian
c/o Szabo Associates, Inc.
3355 Lenox Rd.,NE, Ste. 945
Atlanta, GA 30326


Univest Capital Inc
Michael A. De Tommaso, Esq.
P.O. Box 1329
Bensalem, PA 19020-1329


Univest Capital Inc.
Michael A. De Tommaso, Esquire
P.O. Box 1329
Bensalem, PA 19020-1329


US Bank Equipment
P.O. Box 790448
Saint Louis, MO 63179-0448
```

Virginia Department of Taxation
P.O. Box 27264
Richmond, VA 23261-7200


Virginia Employment Commission
Cashier's Office
P.O. Box 27592
Richmond, VA 23261-7592


Virginia State Corporation Commission
Clerk's Office, First Floor
1300 E.Main St.
Richmond, VA 23219


Vision Technologies, Inc.
Attn:  S. Michael Quade
530 McCormick Dr., Ste. J
Glen Burnie, MD 21061-8200


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Wells Fargo Equipment
Manufacturer Services Group
300 Tri-State International, Ste. 400
Lincolnshire, IL 60069


Western Equipment Finance, Inc.
Attn:  Robin Steffan
P.O. Box 640
Devils Lake, ND 58301


William Schroeder
12505 Park Potomac Ave., 600
Potomac, MD 20854

```
Worldgate Centre Owner
c/o The Rappaport Companies
8405 Greenboro Dr., 8th Floor
Mc Lean, VA 22102


WSSC
14501 Sweitzer Lane
Laurel, MD 20707
```