**Fill in this information to identify the case:**

Debtor name    **Janabi Associates, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **19-16091**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2019**      *X* **/s/ Haifa A. Shaban, M.D.**
                                       Signature of individual signing on behalf of debtor

                                       **Haifa A. Shaban, M.D.**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Janabi Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **19-16091**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................... $     **425,205.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................ $     **425,205.02**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **453,538.91**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **1,745,425.33**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **673,988.21**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b              $     **2,872,952.45**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Janabi Associates, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     **19-16091**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ■ No.  Go to Part 2.
    ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **BB&T XXX 5381**<br>**Checking** | **$100.00** |
| 7.2. | **BB&T XXX 5373**<br>**Checking** | **$100.00** |
| 7.3. | **BB&T XXX 5357**<br>**Checking** | **$472.34** |
| 7.4. | **BB&T XXX 5365**<br>**Checking** | **$1,000.00** |
| 7.5. | **PEPCO Security Deposit** | **$2,555.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Janabi Associates, Inc.**                                    Case number *(If known)*  **19-16091**
_____Name_____

9.      **Total of Part 2.**                                                              | $4,227.34 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **216,534.68**     -      **0.00**  = ....        **$216,534.68**
                           face amount          doubtful or uncollectible accounts

11b. Over 90 days old:          **112,443.00**     -      **0.00**  =....         **$112,443.00**
                           face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                              | $328,977.68 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office Furniture** | **Unknown** | Liquidation | **$26,010.00** |
| 40.  **Office fixtures** | | | |

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                     page 2

Debtor    **Janabi Associates, Inc.**                                    Case number *(If known)*  **19-16091**
Name

41.  **Office equipment, including all computer equipment and
     communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              | $26,010.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment | $0.00 | Liquidation | $65,990.00 |

51.  **Total of Part 8.**                                                              | $65,990.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Janabi Associates, Inc.**
_____    Case number *(If known)*  **19-16091**
         Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Janabi Associates, Inc.**                                    Case number *(If known)*  **19-16091**
_____Name_____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,227.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $328,977.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,010.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $65,990.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $425,205.02 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $425,205.02 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Fill in this information to identify the case: |
| --- |

Debtor name   **Janabi Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **19-16091**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **AEL Financial, LLC**<br>Creditor's Name<br>**600 N. Buffalo Grove Rd., Ste. 203**<br>**Buffalo Grove, IL 60089**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment Lease** | **$2,503.44** | **$0.00** |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**7/2008**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Banc of America Leasing**<br>Creditor's Name<br>**2056 Northlake Parkway, 3N**<br>**Tucker, GA 30084**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment** | **$3,974.16** | **$0.00** |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Janabi Associates, Inc. | Case number (if know) | 19-16091 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Capital One N.A. | Describe debtor's property that is subject to a lien | $18,025.43 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Loan | | |

**Special Assets Officer**
**301 Main St., 18th Fl.**
**Baton Rouge, LA 70801**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | CIT Technology Financial | Describe debtor's property that is subject to a lien | $5,926.32 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Computer Equipment | | |

**965 Keynote Circle**
**Independence, OH 44131**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | DeLage Landen Financial | Describe debtor's property that is subject to a lien | $17,280.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Computer Equipment | | |

**P.O. Box 41602**
**Philadelphia, PA**
**19101-1602**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Janabi Associates, Inc. | | Case number (if know) | 19-16091 |
|---|---|---|---|---|
| | Name | | | |

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Direct Capital Corporation** | Describe debtor's property that is subject to a lien | $23,426.16 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical Equipment** | | |

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $49,873.06 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes** | | |

**Centralized Insolvency**
**Operation**
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Key Equipment** | Describe debtor's property that is subject to a lien | $15,043.44 | $0.00 |
|---|---|---|---|---|

---

Debtor    **Janabi Associates, Inc.**                                         Case number (if know)    **19-16091**
_____
Name

Creditor's Name                                  **Medical Furniture**

**P.O. Box 74713**
**Cleveland, OH 44194-0696**
_____
Creditor's mailing address                       **Describe the lien**
                                                 _____

                                                 **Is the creditor an insider or related party?**
                                                 ■ No
_____   ☐ Yes
Creditor's email address, if known               **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.9 | **Lease Consultants Corp.** | Describe debtor's property that is subject to a lien | $3,978.00 | $0.00 |

Creditor's Name                                  **Medical Equipment**

**P.O. Box 71397**
**Clive, IA 50325-0397**
_____
Creditor's mailing address                       **Describe the lien**
                                                 _____

                                                 **Is the creditor an insider or related party?**
                                                 ■ No
_____   ☐ Yes
Creditor's email address, if known               **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.10 | **Merchant Cash and Capital LLC** | Describe debtor's property that is subject to a lien | $18,016.32 | $0.00 |

Creditor's Name                                  **Loan**
**c/o Pryor & Mandelup, L.P.**
**675 Old Country Rd.**
**Westbury, NY 11590**
_____
Creditor's mailing address                       **Describe the lien**
                                                 _____

                                                 **Is the creditor an insider or related party?**
                                                 ■ No
_____   ☐ Yes
Creditor's email address, if known               **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 8

| Debtor | Janabi Associates, Inc. | Case number (if know) | 19-16091 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 1**

**PNC Equipment Finance**
Creditor's Name

**2499 Rice St., Ste. 245
Saint Paul, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Computer Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,304.00    $0.00

---

**2.1 2**

**Prince George's County, Maryland**
Creditor's Name

**P.O. Box 17578
Baltimore, MD 21297-1578**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/1/2017**
**Last 4 digits of account number**
**6064**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Taxes**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$250,612.83    $0.00

---

**2.1 3**

**Royal Bank of America**
Creditor's Name
**550 Township Line Rd., Ste 425
Blue Bell, PA 19422**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Computer Equipment**

**Describe the lien**

$5,660.88    $0.00

---

| Debtor | Janabi Associates, Inc. | | Case number (if know) | **19-16091** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Sandtander Bank** | **Describe debtor's property that is subject to a lien** | $7,468.80 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Computer Equipment** | | |

**c/o Weinstock, Friedman & Friedman, PA**
**Attn:  Lea Ramsey**
**10461 Mill Run Circle, Ste. 550**
**Owings Mills, MD 21117**
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Univest Capital Inc** | **Describe debtor's property that is subject to a lien** | $752.63 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical Fixtures/Furniture** | | |

**Michael A. De Tommaso, Esq.**
**P.O. Box 1329**
**Bensalem, PA 19020-1329**
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Janabi Associates, Inc.**    Case number (if know)    **19-16091**
_____    _____
Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | | | | |
|---|---|---|---|---|

**US Bank Equipment**
Creditor's Name

**P.O. Box 790448**
**Saint Louis, MO 63179-0448**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$3,504.00**    **$0.00**

---

| 2.1 7 | | | | |
|---|---|---|---|---|

**Wells Fargo Equipment**
Creditor's Name

**Manufacturer Services**
**Group**
**300 Tri-State International,**
**Ste. 400**
**Lincolnshire, IL 60069**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Computer Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$25,189.44**    **$0.00**

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$453,538.91**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 8

| | |
|---|---|
| Debtor | **Janabi Associates, Inc.** |
| | Name |

Case number (*if know*)    **19-16091**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Meyers Rodbell & Rosenbaum**<br>**6801 Kenilworth Avenue**<br>**Suite 400**<br>**Riverdale, MD 20737** | Line   **2.12** | |

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 8 of 8

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Janabi Associates, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF MARYLAND

Case number (if known)    **19-16091**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Baltimore County Maryland**<br>**P.O. Box 64076**<br>**Baltimore, MD 21264-4079**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Property Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1.00 | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>**City of College Park**<br>**4500 Knox Road**<br>**College Park, MD 20740**<br><br>Date or dates debt was incurred<br>**3/1/2019**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $300.00 | $300.00 |

| Debtor | **Janabi Associates, Inc.** | | Case number *(if known)* | **19-16091** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,894.00 | $38,894.00 |
|---|---|---|---|---|

**Comptroller of Maryland Compliance Division**
**301 West Preston Street, Room 409**
**Baltimore, MD 21201**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,032.34 | $7,032.34 |
|---|---|---|---|---|

**District of Columbia**
**Office of Tax and Revenue**
**P.O. Box 96385**
**Washington, DC 20090-6385**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Fairfax County Virginia**
**Department of Tax Revenue**
**Revenue Collection Division**
**P.O. Box 1020**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398,305.21 | $1,398,305.21 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**2012-2019**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Janabi Associates, Inc.** | | Case number (*if known*) | **19-16091** |
|---|---|---|---|---|

Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,894.00 | $38,894.00 |
|---|---|---|---|---|

**Maryland Comptroller of Treasury**
**Revenue Administration Division**
**Taxpayer Service Section**
**110 Carroll St.**
**Annapolis, MD 21411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,959.87 | $34,959.87 |
|---|---|---|---|---|

**Maryland Unemployment**
**Insurance Fund**
**Office of Unemployment Ins.**
**1100 N. Eutaw St., Rm.  401**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,800.00 | $26,800.00 |
|---|---|---|---|---|

**Maryland Unemployment**
**Insurance Fund**
**Office of Unemployment Insurance**
**P.O. Box 17291**
**Baltimore, MD 21297-0365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,916.52 | $16,916.52 |
|---|---|---|---|---|

**Montgomery County, Maryland**
**P.O. Box 824860**
**Philadelphia, PA 19182-4869**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/2018**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Janabi Associates, Inc.** | Case number (if known) | **19-16091** |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

---

| 2.11 | Priority creditor's name and mailing address **Montgomery County, Maryland** **P.O. Box 824860** **Philadelphia, PA 19182-4869** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$10,116.98** | **$10,116.98** |
|------|---|---|---|---|
| | Date or dates debt was incurred **7/1/2017** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.12 | Priority creditor's name and mailing address **Montgomery County, Maryland** **P.O. Box 824860** **Philadelphia, PA 19182-4869** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,884.03** | **$1,884.03** |
|------|---|---|---|---|
| | Date or dates debt was incurred **7/1/2016** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.13 | Priority creditor's name and mailing address **Montgomery County, Maryland** **P.O. Box 824860** **Philadelphia, PA 19182-4869** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$41,446.64** | **$41,446.64** |
|------|---|---|---|---|
| | Date or dates debt was incurred **7/1/2015** | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.14 | Priority creditor's name and mailing address **Montgomery County, Maryland** **P.O. Box 824860** **Philadelphia, PA 19182-4869** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$23,311.88** | **$23,311.88** |
|------|---|---|---|---|
| | Date or dates debt was incurred **7/1/2014** | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Janabi Associates, Inc.** | | Case number (if known) | **19-16091** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,809.48 | $30,809.48 |
|---|---|---|---|---|
| | **Montgomery County, Maryland**<br>**P.O. Box 824860**<br>**Philadelphia, PA 19182-4869** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/1/2013** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,641.38 | $39,641.38 |
|---|---|---|---|---|
| | **Montgomery County, Maryland**<br>**P.O. Box 824860**<br>**Philadelphia, PA 19182-4869** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/1/2012** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Prince William County**<br>**Tax Administration Division**<br>**P.O. Box 2467**<br>**Woodbridge, VA 22195-2467** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,012.00 | $30,012.00 |
|---|---|---|---|---|
| | **Virginia Department of Taxation**<br>**P.O. Box 27264**<br>**Richmond, VA 23261-7200** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Janabi Associates, Inc.**                                    Case number (if known)   **19-16091**
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,100.00** | **$6,100.00** |
|------|---|---|---|---|

**Virginia Employment Commission**
**Cashier's Office**
**P.O. Box 27592**
**Richmond, VA 23261-7592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|------|---|---|---|---|

**Virginia State Corporation**
**Commission**
**Clerk's Office, First Floor**
**1300 E.Main St.**
**Richmond, VA 23219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,458.50** |
|------|---|---|---|

**AEL Financial, LLC**
**Attn:  Cindi Mattson, Collections**
**600 N. Buffalo Grove Rd., Ste. 203**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured Amounts from Equipment Loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122.00** |
|------|---|---|---|

**Appearances Window Cleaning**
**P.O. Box 4488**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1212

**Basis for the claim:**  Cleaning service

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122.46** |
|------|---|---|---|

**AT&T**
**P.O. Box 105068**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2001

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Janabi Associates, Inc.** | | | Case number *(if known)* | **19-16091** |
|---|---|---|---|---|---|

Name

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,638.48** |
|---|---|---|---|

**Balboa Capital Corporation**
**Attn: Legal Department**
**575 Anton Blvd., 12th Fl.**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Unsecured Amounts from Equipment Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Banc of America Leasing**
**2056 Northlake Parkway, 3N**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Unsecured Amounts from Equipment Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,875.84** |
|---|---|---|---|

**Banc of America Leasing**
**2056 Northlake Parkway, 3N**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Unsecured Amounts from Equipment Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.92** |
|---|---|---|---|

**Barry Dunn & Associates, P.C.**
**715 Timber Branch Dr.**
**Alexandria, VA 22302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Architectural Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,116.10** |
|---|---|---|---|

**Beckman Coulter, Inc.**
**Dept. CH 10164**
**Palatine, IL 60055-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Repair/service_

Last 4 digits of account number  **3607**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,666.96** |
|---|---|---|---|

**Cardinal Health 200, LLC**
**7000 Cardinal Place**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Unsecured Amounts from Equipment Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,316.88** |
|---|---|---|---|

**CBS Outdoor**
**5353 North 16th St., Ste. 315**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Advertising_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Janabi Associates, Inc. | | Case number (*if known*) | **19-16091** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,144.00 |
|---|---|---|---|

**CIT Technology Financial**
**965 Keynote Circle**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CMI Lighting of Southern Virginia, Inc.**
**8193-B Euclid Court**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Repair/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,387.00 |
|---|---|---|---|

**College Park Roadside II, LLC**
**P.O. Box 220274**
**Chantilly, VA 20153-0274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb. 1, 2019 thru April 1, 2019**

Last 4 digits of account number  **0108**

Basis for the claim:  **Landlord**
**Lease Anticipated to be Rejected**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,670.22 |
|---|---|---|---|

**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2002**

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,301.00 |
|---|---|---|---|

**Congressional Village Associates, LLC**
**6290 Montrose Rd.**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landlord**
**Lease Anticipated to be Rejected**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|

**Coverall North America, Inc.**
**2955 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8676**

Basis for the claim:  **Janitorial service [for accounts ending in 678, 677 & 676]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,885.84 |
|---|---|---|---|

**DeLage Landen Financial**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Janabi Associates, Inc.** | | Case number (if known) | **19-16091** |
|---|---|---|---|---|

Name

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Direct Capital Corporation**
**155 Commerce Way**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset?  ☐ No  ☐ Yes

**$9,747.60**

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Eagle Bank**
**11961 Tech Rd., Lower Level**
**Silver Spring, MD 20904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$23,000.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Energy Management System**
**Accts. Receivable Dept. 1680**
**P.O. Box 646**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number  **2001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - water/sewer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$36.21**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Hearst Television**
**c/o Greg Frost**
**300 West 57th St., 39th Fl.**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset?  ■ No  ☐ Yes

**$370.08**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Hubbard Radio WTOP**
**Baylinson Kudysh, Greenberg, Helt, LLC**
**303 S. Main St., Lower Level**
**Mount Airy, MD 21771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset?  ■ No  ☐ Yes

**$881.52**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred  **2014-2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset?  ■ No  ☐ Yes

**$164,576.71**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Key Equipment**
**P.O. Box 74713**
**Cleveland, OH 44194-0796**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,818.96**

---

| Debtor | **Janabi Associates, Inc.** | | Case number *(if known)* | **19-16091** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.40**

**McCandish Holton, P.C.**
**1111 East Main St., Suite 1500**
**P.O. Box 796**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,548.08**

**Merchant Cash and Capital LLC**
**c/o Pryor & Mandelup, L.P.**
**675 Old Country Rd.**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454.32**

**Miles & Stockbridge, P.C.**
**100 Light St.**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$545.06**

**Northern Virginia Electric Cooperative**
**P.O. Box 34795**
**Alexandria, VA 22334-0795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Utility__

Last 4 digits of account number  __7002__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.28**

**Over, Kaler, Grimes & Shriver**
**100 Light St., 19th. Fl.**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.88**

**Paul Zambrotta**
**320 Parsons Dr.**
**Apt. 408**
**Charlottesville, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,019.06**

**Pepco**
**P.O. Box 13608**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Utility - accounts XXX 125 & 911__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Janabi Associates, Inc.** | Case number (if known) | **19-16091** |
|---|---|---|---|

Name

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $853.20 |
|---|---|---|---|

**PNC Equipment Finance**
**2499 Rice St., Ste. 245**
**Saint Paul, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $111,196.80 |
|---|---|---|---|

**Potomac Festival, LLC**
**P.O. Box 310339**
**Des Moines, IA 50331-0339**

Date(s) debt was incurred  **12/1/2018 - 4/1/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**
**Lease Anticipated to be Rejected**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,006.00 |
|---|---|---|---|

**Powers Pyles Sutter**
**1501 M Street NW, 7th Floor**
**Washington, DC 20005-1700**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,555.76 |
|---|---|---|---|

**Royal Bank of America**
**550 Township Line Rd., Ste 425**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,058.00 |
|---|---|---|---|

**Sandtander Bank**
**c/o Weinstock, Friedman & Friedman, PA**
**Attn:  Lea Ramsey**
**10461 Mill Run Circle, Ste. 550**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,099.79 |
|---|---|---|---|

**The Washingtonian**
**c/o Szabo Associates, Inc.**
**3355 Lenox Rd.,NE, Ste. 945**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $285.89 |
|---|---|---|---|

**Univest Capital Inc.**
**Michael A. De Tommaso, Esquire**
**P.O. Box 1329**
**Bensalem, PA 19020-1329**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Janabi Associates, Inc.** | Case number (*if known*) | **19-16091** |
|---|---|---|---|

Name

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,847.36** |
|---|---|---|---|

**US Bank Equipment**
**P.O. Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$792.24** |
|---|---|---|---|

**Vision Technologies, Inc.**
**Attn:  S. Michael Quade**
**530 McCormick Dr., Ste. J**
**Glen Burnie, MD 21061-8200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.85** |
|---|---|---|---|

**Washington Gas**
**P.O. Box 37747**
**Philadelphia, PA 19101-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number  **9999**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.48** |
|---|---|---|---|

**Wells Fargo Equipment**
**Manufacturer Services Group**
**300 Tri-State International, Ste. 400**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,527.60** |
|---|---|---|---|

**Western Equipment Finance, Inc.**
**Attn:  Robin Steffan**
**P.O. Box 640**
**Devils Lake, ND 58301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Amounts from Equipment Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,124.88** |
|---|---|---|---|

**Worldgate Centre Owner**
**c/o The Rappaport Companies**
**8405 Greenboro Dr., 8th Floor**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Herndon Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**WSSC**
**14501 Sweitzer Lane**
**Laurel, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Janabi Associates, Inc. | Case number (if known) | 19-16091 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **William Schroeder**<br>**12505 Park Potomac Ave., 600**<br>**Potomac, MD 20854** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,745,425.33 |
| **5b. Total claims from Part 2** | 5b. + | $ 673,988.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,419,413.54 |

**Fill in this information to identify the case:**

Debtor name __**Janabi Associates, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**19-16091**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for College Park Location 10250 Baltimore Avenue, Suite 200, College Park, MD 20740 Monthly Rent: $21,108.01** | |
| | State the term remaining | **Expires on June 30, 2019** | **College Park Roadside II, LLC P.O. Box 220274 Chantilly, VA 20153-0274** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Rockville Location at 1701 Rockville Pike, Suite A12, Rockville, MD 20852 Rent: $28,291.64** | |
| | State the term remaining | **3/2021** | **Congressional Village Associates, LLC 6290 Montrose Rd. Rockville, MD 20852** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Woodbridge Location at 14297 Potomac Mills Road, Woodbridge, VA 22192 Rent: $20,456.01** | |
| | State the term remaining | **7/2022** | **Potomac Festival, LLC P.O. Box 310339 Des Moines, IA 50331-0339** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Janabi Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **19-16091**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Haifa A. Shaban** | **13811 Bison Court**<br>**Silver Spring, MD 20906** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Yaesmin Salman** | **13811 Bison Court**<br>**Silver Spring, MD 20906** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Janabi Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **19-16091**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$143,903.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,805,606.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,960,881.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Janabi Associates, Inc.**    Case number *(if known)*  **19-16091**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **College Park Roadside II, LLC**<br>P.O. Box 220274<br>Chantilly, VA 20153-0274 | 4/10/2019 | $28,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2.  **CV Shopping Center Associates**<br>P.O. Box 75843<br>Baltimore, MD 21275 | 2/11/2019 | $29,739.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Congressional Village Associates, LLC v. Janabi Associates, Inc.**<br>2019060100012392 | **Eviction** | **District Court for Montgomery County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Janabi Associates, Inc.**                                      Case number *(if known)*   **19-16091**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Congressional Village Associates, LLC v. Janabi Associates, Inc.**<br>**465104V** | **Contract** | **Circuit Court for Montgomery County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Potomac Festival, LLC v. Janabi Associates, Inc.** | **Eviction** | **Prince Williams County**<br>**9311 Lee Avenue**<br>**Manassas, VA 20110** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **College Park Roadside II, LLC v. Janabi Associates, Inc.**<br>**20190950100080993** | **Eviction** | **District Court for Prince George's Count** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    Janabi Associates, Inc.                                                    Case number *(if known)*  19-16091

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McNamee Hosea<br>6411 Ivy Lane - Ste. 200<br>Greenbelt, MD 20770 | | 5/1/2019 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
   2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
   both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Janabi Associates, Inc. | Case number *(if known)* | 19-16091 |

---

Medical health records
_____

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■    No. Go to Part 10.

☐    Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Janabi Associates, Inc. | Case number *(if known)* | 19-16091 |
| --- | --- | --- | --- |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1. **My WeightDoctor, Towson LLC**<br>**c/o Janabi Associates**<br>**P.O. Box 34977**<br>**Bethesda, MD 20827** | **Pass through** | EIN:  **45-4623256**<br><br>From-To  **2/24/2012 to 10/11/2016** |
| 25.2. **My WeightDoctor - Woodbridge, LLC**<br>**c/o Janabi Associates, Inc.**<br>**P.O. Box 34977**<br>**Bethesda, MD 20827** | **Pass through** | EIN:  **45-4894947**<br><br>From-To  **3/27/2012 to 10/11/2016** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Stacy Smith**<br>**10120 Lewis Dr.**<br>**Damascus, MD 20872** | **11/2015 to 11/2018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor    **Janabi Associates, Inc.**                                                                    Case number *(if known)*   **19-16091**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Shawn Shaban**<br>**P.O. Box 2269**<br>**Rockville, MD 20847** | **n/a** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Haifa A. Shaban** | **13811 Bison Ct.**<br>**Silver Spring, MD 20905** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | Janabi Associates, Inc. | | Case number *(if known)* | 19-16091 |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 11/15/18 - $6,273.74<br>10/15/18 - $6,273.74<br>9/17/18 - $6,273.74<br>8/15/18 - $6,273.74<br>7/17/18 - $6,273.74<br>6/15/18 - $6,273.74<br>5/15/18 - $6,273.74 | |
| | Haifa A. Shaban<br>P.O. Box 220274<br>Chantilly, VA 20153 | $43,916.18 | | Compensation |
| | **Relationship to debtor**<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2019**

**/s/ Haifa A. Shaban, M.D.**                    **Haifa A. Shaban, M.D.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com